IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAWRENCIA PATTERSON,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0880

Opinion filed September 1, 2017.

Petition for Writ of Certiorari -- Original Jurisdiction.

Lawrencia Patterson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    DENIED.

RAY, BILBREY, and WINSOR, JJ., CONCUR.